UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA AND
THE STATE OF MICHIGAN
EX REL. ERIK OLSEN, M.D.,
SAJITH MATTHEWS, M.D.,
AND WILLIAM BERK, M.D.,

    Plaintiff Relators,

    v.

TENET HEALTHCARE
CORPORATION; AND DETROIT
MEDICAL CENTER,

    Defendants.
_____/

Case No. 23-cv-10903

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## JUDGMENT

Pursuant to the Opinion and Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiffs.

**SO ORDERED.**

Dated: July 30, 2024                    /s/Gershwin A. Drain
                                                  GERSHWIN A. DRAIN
                                                  United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 30, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Deputy Clerk